STATEN ISLAND RAPID TRANSIT CO. v. MAYOR, ETC., OF NEW YORK.

*(Supreme Court, General Term, First Department.  May 24, 1889.)*

Cross appeals from special term, New York county.  For opinion of special term, see 2 N. Y. Supp. 680.

Argued before VAN BRUNT, P. J., and LAWRENCE, J.

*W. W. Macfarland,* for plaintiff.  *D. J. Dean,* for respondent.

VAN BRUNT, P. J.  We are of the opinion that the judgment in this case should be affirmed, for the reasons given in the opinion of the court below. Judgment affirmed, without costs.

LAWRENCE, J., concurs.